UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEITH ASHMEADE,

                Plaintiff,

-v-

AMAZON.COM *also known as* AMAZON.COM SERVICES LLC, *also known as* AMAZON.COM, INC.; AUDREY ATWELL; JOE McLAUGHLIN; JANET SIMONELLI; DAN WILLARD-CONCEPCION,

                Defendants.

23-CV-4331 (KMK)

ORDER OF SERVICE

KENNETH M. KARAS, United States District Judge:

Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this Action.[1]

The Clerk of Court is directed to issue summonses as to Defendants Amazon.com, Audrey Atwell, Joe McLaughlin, Janet Simonelli, and Dan Willard-Concepcion. Plaintiff is directed to serve the summons and Complaint on each Defendant within 90 days of the issuance of the summonses.[2] If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

---

[1] Plaintiff has also filed a Motion to proceed in forma pauperis, (*see* Dkt. No. 3), which the Court denies as moot since Plaintiff has paid the filing fees.

[2] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the Complaint is filed, the summons in this case was not issued when Plaintiff filed the complaint because he had not paid the filing fee. The Court therefore extends the time to serve until 90 days after the date the summons is issued.

SO ORDERED.

Dated:   July 24, 2023
          White Plains, New York

                                              KENNETH M. KARAS
                                            United States District Judge