

Littler Mendelson, P.C.
900 Third Avenue
New York, New York 10022.3298

Eli Z. Freedberg
Shareholder
212.583.9600 main
EFreedberg@littler.com

April 1, 2026

**VIA ECF**
Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:     *Ashmeade v. Amazon.com Services LLC*, No. 23-CV-4331 (KMK)

Dear Judge Karas,

We respectfully write on behalf of Defendant Amazon.com Services LLC to request an adjournment of the telephone conference currently scheduled for April 22, 2026, at 10:00 a.m.

Unfortunately, defense counsel has a previously scheduled oral argument before the Appellate Division, Third Department, on that same date and time. As a result, defense counsel will be unavailable to appear for the conference as presently scheduled. Plaintiff consents to this request.

Defendant respectfully requests that the conference be adjourned to a date and time convenient for the Court. We apologize for any inconvenience to the Court and appreciate its consideration of this request.

We sincerely appreciate the Court's consideration of this request.

Granted. The conference is moved to
4/15/26, at 2:00
via teleconference
So Ordered.

4/1/26

Respectfully submitted,

*Eli Z. Freedberg*
Eli Z. Freedberg

LITTLER MENDELSON, P.C.