USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/24/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

Keith Ashmeade,

Plaintiff,

-against-

Amazon.com,

Defendant.

---------------------------------------------------------------X

23-cv-04331-KMK-VR

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

The Court has received two letter motions from Plaintiff seeking to compel discovery. (ECF Nos. 87, 90). The motions appear to concern disputes raised at the parties' July 15, 2026, status conference. But they do not comply with the Court's instructions from that conference.

The Court directed the parties to meet and confer about the disputed discovery. If they could not resolve their disagreements, they were to submit a joint letter setting out "each party's respective position." (Minute Entry for 07/15/2026). Plaintiff instead filed two separate letter motions.

The motions are also defective in three ways. First, because the letters concern the same subject matter, Plaintiff should have combined them into a single submission. Second, each letter exceeds the three-page limit in Section 2.A. of the undersigned's Individual Practices. Third, neither letter complies with Local Civil Rule 37.1, which requires a discovery motion to "specify and quote or set forth verbatim in the motion papers each discovery request and response" at issue. S.D.N.Y. Civ. R. 37.1.

For these reasons, Plaintiff's letter motions are DENIED without prejudice. The Court will address any unresolved discovery disputes raised in the joint letter previously ordered.

The parties are reminded to submit that joint letter by July 29, 2026. It must state each party's respective position and attach as exhibits the disputed discovery requests and responses. To accommodate both parties' positions, the page limit is increased from three pages to five pages.

The Clerk of Court is kindly directed to close the gavels associated with ECF Nos. 87 and 90.

**SO ORDERED.**

DATED: White Plains, New York
7/24/26

VICTORIA REZNIK
United States Magistrate Judge