USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/18/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

**Ashmeade**,
Plaintiffs,

-against-

**Amazon, Inc. et al.**,
Defendant.

---------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

***7:23-cv-4331 KMK-VR***

**VICTORIA REZNIK, United States Magistrate Judge:**

A Status Conference (via telephone) is hereby scheduled for **September 24, 2026 at 11 am.** The parties are to dial in to the **Cisco Webex conference line at 855-244-8681, enter Meeting ID #2310 527 2044** and then # to enter the conference. At the Status Conference, the parties should be prepared to discuss the following: **The parties should be prepared to discuss the issues raised in ECF Nos. 102 and 104**

**SO ORDERED.**

DATED: White Plains, New York
September 18, 2026

VICTORIA REZNIK
United States Magistrate Judge